# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Corina Carrasco,<br><br>　　　　　　　Defendant. | No. CR-13-50208-PHX-NVW-1<br><br>**ORDER** |

　　　　Upon motion of Defendant (Doc. 9), no objection from the Government, and good cause appearing,

　　　　**IT IS ORDERED** the motion is **GRANTED**.  The Admit-Deny hearing set for December 18, 2015 is reset to **June 21, 2016 at 9:30 a.m.** before Magistrate Judge Bridget S. Bade, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003, Courtroom 304.

　　　　**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)_____ will commence on _____for a total of _____days

　　　　Dated this 16th day of December, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Bridget S. Bade
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge